# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1393

_____

Jonathan Nathan Brock,      *
    *
       Appellant,     *
    *   Appeal from the United States
   v.     *   District Court for the Eastern
    *   District of Missouri.
Jennifer M. Joyce, Circuit Attorney     *
of St. Louis City,     *        [UNPUBLISHED]
    *
       Appellee.     *

_____

Submitted: March 12, 2002
Filed: March 15, 2002

_____

Before LOKEN, BEAM, and RILEY, Circuit Judges.

_____

PER CURIAM.

Pretrial detainee Jonathan Brock appeals the district court's[1] pre-service dismissal, under 28 U.S.C. § 1915A(b) and the Younger[2] abstention doctrine, of his pro se complaint seeking an injunction to stay state court criminal proceedings on the basis that they were retaliatory and brought in bad faith. We conclude that the district

---

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

[2]See Younger v. Harris, 401 U.S. 37, 46 (1971).

court did not abuse its discretion in declining to exercise jurisdiction, and we therefore affirm.  We  deny as moot Brock's Federal Rule of Civil Procedure 62(c), construed as a Rule 8(a)(2), FRAP, motion for an injunction pending this appeal.

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.